IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JUN - 2 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 20-74-BLG-SPW |
| Plaintiff, | |
| v. | **ORDER** |
| LARRY WAYNE PRICE, JUNIOR, | |
| Defendant. | |
| THREE BLIND MICE, LLC, | |
| Intervenor Defendant. | |

The Court recognizes this matter was transferred to the District of Montana and assigned to the undersigned on June 1, 2020. (Doc. 100) The Court herein takes notice that Plaintiff, United States of America, has two out-of-state attorneys of record: Daniel P. Bubar and Krista Consiglio Frith, both out of the United States Attorney's Office in Roanoke, Virginia.

The Defendant, Larry Wayne Price, Junior, has four out-of-state attorneys of record: Jennifer DeGraw, Kevin Holt, Thomas Bondurant, Jr., and Walter Gust, all out of the firm of Gentry Locke Rakes & Moore in Roanoke, Virginia.

The Intervenor Defendant, Three Blind Mice, LLC, has two out-of-state attorneys of record: Joshua F.P. Long out of the firm of Woods Rogers PLC of

Roanoke, Virginia, and John Jessee out of the firm of Jessee & Read in Abingdon, Virginia. Under L.R. 83.1(a)(2), only an attorney who is authorized to appear under this rule may appear on behalf of a party. Accordingly,

**IT IS ORDERED** that Counsel for the Plaintiff, Defendant and the Intervenor Defendant shall file a notice of appearance stating their standing with the State Bar of Montana. In lieu of bar membership to the State Bar of Montana, Plaintiff, Defendant and Intervenor Defendant shall arrange for local counsel, who must file a notice of appearance within 30 days, or **Thursday, July 2, 2020**. Local counsel may then move for *pro hac vice* admission of out-of-state counsel consistent with L.R. 83.1(d).

DATED this 2nd day of June, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge