IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>LARRY WAYNE PRICE, JUNIOR,<br><br>Defendant.<br>------------------------------------------------<br>THREE BLIND MICE, LLC,<br><br>Intervenor Defendant. | CV 20-74-BLG-SPW<br><br>**ORDER** |

It has recently come to the Court's attention that a Motion to Amend the Preliminary Injunction Order has been pending in the above-entitled matter since May 7, 2019. (Doc. 88). Given the amount of time pending and the proceedings of the Defendant's related criminal cases, the Court is requesting a joint status report on the Motion. Therefore,

**IT IS HEREBY ORDERED** that counsel for the named parties shall submit a status report on the pending Motion to Amend within 30 days of the entry of this Order.

DATED this 25th day of May, 2021.

						_____
						SUSAN P. WATTERS
						United States District Judge