IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>LARRY WAYNE PRICE, JR.,<br><br>Defendant.<br><br>THREE BLIND MICE,<br><br>Intervenor/Defendant. | CV 20-74-BLG-SPW<br><br>ORDER APPROVING FINAL ACCOUNTING OF RECEIVERSHIP, TERMINATING RECEIVERSHIP, AND ORDER TO DISBURSE FUNDS TO RESTITUTION |

Upon the United States' Unopposed Motion to Approve Final Accounting of Receivership, Terminate Receivership, and Disburse Funds to Restitution, a review of the pleadings and orders filed previously herein, and good cause appearing therefore,

IT IS ORDERED that:

1. That the United States' Unopposed Motion to Approve Final Accounting of Receivership, Terminate Receivership, and Disburse Funds to Restitution and the Declaration of IRS Special Agent Mary Lou Prillaman and the Exhibits thereto are hereby approved as a final accounting of the receivership and receiver Mary Lou Prillaman is hereby released from her duties as receiver;

1

2. The injunction issued as Doc. 68 is hereby terminated; and

3. The remaining funds in the receivership designated account (Gentry Locke IOLTA account), in the amount of $196,280.00 shall be sent to the Clerk of U.S. District Court for Montana, for application to restitution ordered in *United States v. Larry Wayne Price*, CR 18-85-BLG-DLC.

DATED this 3rd day of December, 2021.

*signature*

Hon. Susan P. Waters
United States District Court
District of Montana