UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, JR.,<br><br>Defendant. | Case No. CV-20-74 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X     Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Judgment is entered according to the Court's Order E.C.F. 118 entered on 12/03/2021.

    Dated this 8th day of March, 2023.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ E.Hamnes
                                     E.Hamnes , Deputy Clerk